DANIEL J. BRODERICK, #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANNY SKIDGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. 04-0467 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING SELF-SURRENDER TO MAY 16, 2006** |
| DANNY SKIDGEL, | |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Danny Skidgel, that the date previously scheduled for Mr. Skidgel's self-surrender (May 9) may be continued one week to May 16, 2006. All conditions of pretrial release shall remain in effect and, as previously ordered, Mr. Skidgel shall surrender no later than 2:00 p.m. on May 16, 2006, either to the institution designated by the Bureau of Prisons or to the United States Marshal in Sacramento.

/////
/////
/////
/////
/////

1 This stipulation affords Mr. Skidgel an additional week to honor preexisting family commitments.

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Public Defender

Dated: April 11, 2006           /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DANNY SKIDGEL


                                McGREGOR SCOTT
                                United States Attorney

Dated: April 10, 2006           /s/ T. Zindel for M. Segal
                                MATTHEW SEGAL
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

Mr. Skidgel is hereby directed to surrender to serve the sentence imposed by this Court to the institution designated by the Bureau of Prisons or to the Marshal in this district, as directed in open court, on or before 2:00 p.m. on May 16, 2006.

The Clerk shall serve a copy of this order on the Bureau of Prisons, U.S. Marshal, and Pretrial Services.

IT IS SO ORDERED.

Dated: April 25, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

Stip. re surrender in U.S.A. v. Skidgel    2