1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DANNY SKIDGEL
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )  No. CR. S-04-467 GEB
                                    )
14             Plaintiff,           )
                                    )  **MOTION TO EXONERATE BOND**
15      v.                          )  **RE DEFENDANT SKIDGEL; ORDER**
                                    )  **(Proposed)**
16 DANNY SKIDGEL,                   )
                                    )
17             Defendant.           )
                                    )  Judge: Hon. Garland E. Burrell, Jr.
18 _____  )

19

20      On December 9, 2004, the magistrate judge set bail for defendant

21 Danny Skidgel in the amount of $100,000.00 secured by a deed of trust to

22 property owned by his mother and stepfather.  On March 24, 2006, the

23 Court sentenced Mr. Skidgel and Mr. Skidgel surrender to the Bureau of

24 Prisons as ordered on May 16, 2006.  He is presently at the BOP facility

25 in Sheridan, Oregon.  Because he is now in custody, he asks that the bond

26 securing his release be exonerated and that real property securing the

27 bond be reconveyed.  The prosecutor, AUSA Matthew Stegman, advised me

28 that the United States does not oppose this motion.

1    A proposed order follows for the Court's convenience.

2                              Respectfully submitted,

3                              DANIEL J. BRODERICK
                               Federal Defender
4

5    Dated: June 19, 2006      /s/ T. Zindel
                               TIMOTHY ZINDEL
6                              Assistant Federal Defender
                               Attorney for DANNY SKIDGEL
7

8

9                          **O R D E R**

10

11   The bond in the above case is exonerated.  The Clerk of the Court

12   shall immediately reconvey to its owners the real property pledged to

13   secure the bond.

14   IT IS SO ORDERED.

15   Dated:  June 26, 2006

16
                               /s/ Garland E. Burrell, Jr.
17                             GARLAND E. BURRELL, JR.
                               United States District Judge
18

19

20

21

22

23

24

25

26

27

28