

FILED

JAN 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:04-cr-00467-GEB |
| Plaintiff, | |
| v. | **ORDER RELEASING DANNY SKIDGEL FROM CUSTODY** |
| DANNY SKIDGEL, | |
| Defendant. | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release DANNY SKIDGEL from further detention on the Petition filed on April 23, 2013, in light of his agreement to report to the Federal Defendant's Office in Sacramento, California immediately upon his release for transportation to The Effort, a residential treatment program.

IT IS SO ORDERED.

Dated: January 17, 2013

_____
GARLAND E. BURRELL, JR.
United States District Judge

file copy

1